Henry W. T. Steinway, Respondent, v. Charles H. Steinway and Others, Individually and as Surviving Trustees under the Will of Christian Friedrich

Theodor Steinway, Deceased, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.